**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

George Lagen

                                                              Plaintiff,

v.                                                                            Case No.: 1:12–cv–04056
                                                                           Honorable Blanche M. Manning

United Continental Holdings, Inc., et al.

                                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 29, 2012:

      MINUTE entry before Honorable Blanche M. Manning: Status hearing set for 7/26/2012 at 11:00 AM. Plaintiffs counsel should be prepared to advise the court regarding the progress of efforts to serve the defendants. Plaintiff is directed to advise the defendants of the status hearing forthwith. The parties are directed to discuss settlement, whether they consent to proceed before the Magistrate Judge, and a proposed discovery plan prior to the status.Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.