AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

GEORGE LAGEN, on behalf of himself and all others similarly situated,

V.

UNITED CONTINENTAL HOLDINGS, INC. and UNITED AIRLINES, INC.

CASE NUMBER: 12 C 4056

ASSIGNED JUDGE: Blanche M. Manning

DESIGNATED MAGISTRATE JUDGE: Young B. Kim

TO: (Name and address of Defendant)

United Continental Holdings, Inc.
C/O Prentice Hall Corporation
801 Adlai Stevenson Drive
Springfield, Illinois 62703

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David H. Latham
Law Offices of David H. Latham
150 North Wacker Drive
Suite 1400
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, within ___21___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.Thom

THOMAS G. BRUTON, CLERK

THOMAS G. BRUTON, CLERK
(By) DE

*Nadine Girly* (signature)

(By) DEPUTY CLERK

DATE
May 29, 2012

DATE

## United States District Court For The Northern District of Illinois

George Lagen on behalf of himself and all others similarly situated,
    Plaintiff(s),
vs.

United Continental Holdings Inc and United Airlines Inc,
    Defendant(s).

CASE NO.: 12 C 4056



For: Edgar Law Firm

## AFFIDAVIT OF SERVICE

Received by Meador Investigations, to be served on:

United Continental Holdings Inc, c/o Prentice Hall Corp 801 Adlai Stevenson Dr, Springfield, IL 62703.

I, **Greg Willing**, being first duly sworn on oath, depose and say the following:

On **June 26, 2012 at 3:00 PM**,

I **SERVED** the within

**Summons and Complaint** in accordance with state statutes in the manner indicated below:

**CORPORATE SERVICE:** By leaving a copy of the above mentioned documents with

Name: **Deanna Dillon** Title: **Operations Specialist**, an officer or agent of United Continental Holdings Inc.

At c/o Prentice Hall Corp 801 Adlai Stevenson Dr, Springfield, IL 62703.

Description of person accepting service:

| Sex | Skin | Hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Caucasian | Brown | 55–60 | 5'5" | 145 |

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Service Fee: $60.00

State of Illinois
Logan County
Signed and sworn to before me on
this 29th day of June, 2012.

_Judith A Hines_
Notary Public

SERVED BY: _____
Process Server Number: 129-261847
Meador Investigations
PO Box 157
Lincoln, IL 62656
217.732.1585
IL Lic#117-001077

"OFFICIAL SEAL"
Judith A Hines
Notary Public, State of Illinois
My Commission Expires 1/17/2016

*186111*