**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GEORGE LAGEN, ) | |
| ) | Case No. 12-cv-4056 |
| Plaintiff, ) | |
| ) | Judge Blanche M. Manning |
| v. ) | |
| ) | Magistrate Judge Young B. Kim |
| UNITED CONTINENTAL HOLDINGS, INC. ) | |
| and UNITED AIRLINES, INC., ) | |
| ) | |
| Defendants. ) | |

## AGREED MOTION TO RESET JULY 26, 2012 STATUS HEARING

Defendants United Continental Holdings, Inc. and United Air Lines, Inc. (collectively, "United"), by their undersigned counsel and with the agreement of plaintiff George Lagen, hereby move this Court for entry of an order rescheduling the status that is currently set for July 26, 2012 at 11:00 a.m. to August 16, 2012 at 11:00 a.m. In support of this motion, the parties state as follows:

1. United's lead counsel in this case are Patricia Brown Holmes and Sondra A. Hemeryck, both of Schiff Hardin LLP.

2. Both Ms. Holmes and Ms. Hemeryck have previously scheduled travel that requires them to be out of town on July 26, 2012. As a result, neither Ms. Holmes nor Ms. Hemeryck is able to attend the status hearing that is currently sent for that date.

3. United's counsel and plaintiff's counsel are both available on August 16, 2012 at 11:00 a.m. and accordingly request that the Court reschedule the status to that date. Pursuant to the Court's June 29, 2012 minute entry, counsel will discuss settlement, whether they consent to proceed before the Magistrate Judge, and a proposed discovery plan prior to the rescheduled status.

WHEREFORE, United respectfully requests that this Court reschedule the status hearing that is currently set for July 26, 2012 at 11:00 a.m. to August 16, 2012 at 11:00 a.m.

Dated: July 19, 2012

Respectfully submitted,

/s/ Sondra A. Hemeryck
Patricia Brown Holmes
E-mail: pholmes@schiffhardin.com
Sondra A. Hemeryck
E-mail: shemeryck@schiffhardin.com
Ayad P. Jacob
E-mail: ajacob@schiffhardin.com
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 6600
Chicago, Illinois 60606
Telephone: (312) 258-5500
Facsimile: (312) 258-5600

Attorneys for Defendants United Continental Holdings, Inc. and United Air Lines, Inc.

**Certificate Of Service**

I hereby certify that on July 18, 2012, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

           /s/ Sondra A. Hemeryck
Attorney for Defendants United Continental Holdings, Inc. and United Air Lines, Inc.