# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

George Lagen

                                        Plaintiff,

v.                                                                Case No.: 1:12−cv−04056
                                                                   Honorable Blanche M. Manning

United Continental Holdings, Inc., et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 24, 2012:

      MINUTE entry before Honorable Blanche M. Manning: Defendants' Motion to dismiss amended complaint [10] is taken under advisement. Plaintiff to respond by 8/16/2012. Defendants to reply by 8/31/2012. Ruling by mail. Status hearing date of 7/26/2012 is vacated pending disposition of the motion to dismiss. Motion to reset [15] is moot. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.