IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE LAGEN, ) | |
| ) | Case No. 1:12-cv-4056 |
| Plaintiff, ) | |
| ) | Honorable Harry D. Leinenweber |
| v. ) | |
| ) | |
| UNITED CONTINENTAL HOLDINGS, INC. ) | |
| and UNITED AIRLINES, INC., ) | |
| ) | |
| Defendants. ) | |

### ORDER REGARDING THE DISCLOSURE OF PROTECTED MATERIAL

In accordance with the agreement of the Parties and pursuant to Federal Rule of Evidence 502(d), it is hereby ORDERED:

The production in this case of documents, including electronically stored information, that are protected by the attorney-client privilege or the attorney work product doctrine, shall not constitute a waiver of such protection in this litigation or in any other federal or state proceeding.

*So ordered.*

Dated: 7/3/13

U.S. District Judge Harry D. Leinenweber

Stipulated and agreed:

| | |
|---|---|
| ___/s/ John F. Edgar___ | ___/s/ Sondra A. Hemeryck___ |
| John F. Edgar | Patricia Brown Holmes |
| Michael D. Pospisil | Sondra A. Hemeryck |
| Boyce N. Richardson | Paula M. Ketcham |
| EDGAR LAW FIRM LLC | Jacob L. Kahn |
| 1032 Pennsylvania Avenue | SCHIFF HARDIN LLP |
| Kansas City, Missouri 64105 | 233 South Wacker Drive, Suite 6600 |
| Telephone: (816) 531-0033 | Chicago, Illinois 60606 |
| Facsimile: (816) 531-3322 | Telephone: (312) 258-5500 |
| jfe@edgarlawfirm.com | Facsimile: (312) 258-5600 |
| mdp@edgarlawfirm.com | pholmes@schiffhardin.com |
| bnr@edgarlawfirm.com | shemeryck@schiffhardin.com |
| | pketcham@schiffhardin.com |
| David H. Latham | jkahn@schiffhardin.com |
| Latham Law Offices | |
| 150 North Wacker Drive, Suite 1400 | ATTORNEYS FOR DEFENDANTS |
| Chicago, Illinois 60606 | |
| Telephone: (312) 782-1910 | |
| Facsimile: (312) 782-1917 | |
| dhlatham@lathamlaw.net | |

ATTORNEYS FOR PLAINTIFF