# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| George Lagen, on Behalf of Himself and All Others Similarly situated,<br>  Plaintiff(s)<br><br>v.<br><br>United Continental Holdings, Inc., and United Airlines, Inc.<br>  Defendant(s) | Case No. 12 C 4056 |

# **JUDGMENT IN A CIVIL CASE**

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)

and against defendant(s)
in the amount of $            ,

which ☐ includes            pre–judgment interest.

☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒ in favor of defendant(s) United Continental Holdings, Inc., and United Airlines, Inc.

and against plaintiff(s)
.

Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

---

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.

☐ tried by Judge      without a jury and the above decision was reached.

☒ decided by Judge Harry D. Leinenweber on a motion Defendants' Motion for Summary Judgment

Date:  1/23/2014                     Thomas G. Bruton, Clerk of Court

                                     /s/ Wanda Parker, Deputy Clerk